BOSI, Appellant, v. NEW YORK HERALD CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Michele Bosi against the New York Herald Company. From an interlocutory judgment sustaining a demurrer to the complaint (68 N. Y. Supp. 898), plaintiff appeals. Affirmed. Thomas J. O'Neill, for appellant. Robert W. Chandler, for respondent.

PER CURIAM. The judgment should be affirmed, with costs, on the opinion of Judge McAdam at special term, but with leave to the plaintiff to amend the complaint upon payment of costs in this court and in the court below.

BOWNS, Appellant, v. STEWART, Respondent. (City Court of New York, General Term. January 29, 1901.) Action by Henry E. Bowns against Samuel Stewart. From a judgment in favor of defendant, plaintiff appeals. Affirmed. James L. Bishop, for appellant. John H. Rogan, for respondent.

PER CURIAM. The question involved in this case has been passed upon by the appellate term. See 28 Misc. Rep. 475, 59 N. Y. Supp. 721. Judgment and order appealed from affirmed, with costs.

BOYCE, Respondent, v. TOWN OF MAMAKEATING, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Benjamin A. Boyce against the town of Mamakeating. No opinion. Judgment and order unanimously affirmed, with costs.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Nathaniel L. Bradley and Clarence P. Bradley against Peter B. Bradley. No opinion. Motion granted.

BRAINARD, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Bertha Brainard, as administratrix, etc., of Louis Brainard, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; SEWELL, J., taking no part.

BRANTINGHAM, Respondent, v. HUFF, Appellant (JACKSON et al. Respondents). (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by May Thorne Brantingham against Eunice E. Huff, individually and as executrix, etc., of Joseph Thorne, deceased, Bessie Jackson, and others. No opinion. Appeal withdrawn on argument. See 60 N. Y. Supp. 157.

BREWER, Respondent, v. GILMORE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Herman S. Brewer against William J. Gilmore. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

BRILL v. BRILL et al. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by William Brill against Sadie Brill and another. No opinion. Motion for leave to present affidavits granted.

BRILL, Appellant, v. BRILL et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by William Brill against Sadie Brill and another. C. I. Schampain, for appellant. W. C. Arnold, for respondents. No opinion. Motion to dismiss appeal granted, with $10 costs.

BROWN et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Lena Brown and another, as administratrices, etc., of John A. White, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of a reduction of the amount of damages.

BROWNING v. SIRE et al. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Edward F. Browning against Albert I. Sire and others. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 798.

BRUCE v. VAN DEMARK et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Sarah M. Bruce as administratrix, etc., against Willet I. Van Demark as administrator, etc., and others.

PER CURIAM. Motion to amend order and judgment granted, upon the payment of $10 costs of this motion and the further condition that the appellant have leave to withdraw his appeal to the court of appeals, without costs as against him, and, in the event of withdrawal, that he recover the disbursements incurred on such appeal.

BRUMMER, Respondent, v. METROPOLITAN EL. RY. CO., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Anna K. Brummer against the Metropolitan Elevated Railway Company and another. M. W. Gallaway, for appellants. W. R. Page, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damages to $1,000, and by reducing the judgment for rental damages as entered to the sum of $1,393.94, and, as modified, affirmed, without costs.

In re BUEL. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) In the matter of the application of Miner Buel to lay out a highway in the town of Middlefield, and the assessment of damages therefor. No opinion. Order affirmed, with $10 costs and disbursements.

BURNHAM v. DENIKE, et al. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Elizabeth A.